**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOEL ROBLES, JR., | ) | Case No. CV 09-7339 DSF (JCG) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| JORGE RUBIO, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment be entered dismissing this action without prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

4/11/11

DATED: _____  *Dale S. Fischer*

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1