# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ROBLES, JR., <br>     Plaintiff, <br> v. <br> JORGE RUBIO, *et al.*, <br>     Defendants. | Case No. CV 09-7339 DSF (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 4/11/11 *(signed)* Dale S. Fischer

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE